Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Daniel Perez

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL PEREZ, | ) Case No.: 8:19-cv-00627-KS |
| | ) |
| Plaintiff, | ) ORDER OF DISMISSAL |
| | ) |
| vs. | ) |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

     The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

     IT IS SO ORDERED.

DATE: October 16, 2019

THE HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE